NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-658

ROXANNA ROMERO

VERSUS

DR. STEVEN S. SCHUMACHER, ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20033588
HONORABLE JULES D. EDWARDS, PRESIDING

*************
**SYLVIA R. COOKS**
**JUDGE**
*************

Court composed of Sylvia R. Cooks, John D. Saunders and Oswald A. Decuir, Judges.

**AFFIRMED.**

**R. Michael Moity, Jr.**
**114 West Washington Street**
**New Iberia, LA 70506**
**(337) 367-7727**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
        **Roxanna Romero**

**Alan K. Breaud**
**Andrew H. Meyers**
**Breaud & Lemoine**
**P.O. Box 3448**
**Lafayette, LA 70502**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Steven S. Schumacher, M.D.**

**Nicholas Gachassin, Jr.**
**Nicholas Gachassin, III**
**Gachassin Law Firm**
**P.O. Box 2850**
**Lafayette, LA 70502**
**COUNSEL FOR DEFENDANT/APPELLEE**
        **Lafayette General Medical Center**